IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED

FEB - 8 2022

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

UNITED STATES OF AMERICA,

*Plaintiff*,

v.

ROBERT JOSEPH BECERRA, JR.,

*Defendant.*

Case No. **22 CR 0 17 JFH**

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### MANSLAUGHTER IN INDIAN COUNTRY
[18 U.S.C. §§ 1112, 1151, & 1153]

On or about July 16, 2021, within the Eastern District of Oklahoma, in Indian Country, the defendant, **ROBERT JOSEPH BECERRA, JR.**, an Indian, did unlawfully kill Chase Michael Shelton, while in the commission of an unlawful act not amounting to a felony, that is operating a motor vehicle under the influence of one or more intoxicating substances, contrary to 47 O.S. §11-902, without due caution and circumspection and with a wanton and reckless disregard for human life, and knew and should have known that his conduct imperiled the lives of others, in violation of Title 18, United States Code, Sections 1112, 1151, and 1153.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

_____
CHARLES O. BUCCA, NY Bar #3022571
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY